IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA     )
               )
v.                 ) Case No.: 2:04-cr-211-MEF
               )
KENNETH E. BEVERLY, JR.     )

**<u>ORDER</u>**

This cause is before the court on the Unopposed Motion to Modify Conditions of

Probation (Doc. # 72) filed by Defendant Kenneth E. Beverly, Jr.  It is hereby ORDERED

that the motion is GRANTED and that the conditions of Kenneth E. Beverly, Jr.'s probation

are MODIFIED to reflect that the condition of placement in a halfway house will terminate

as of 12 p.m. on April 7, 2006.

DONE this the 6th day of April, 2006.


                          /s/ Mark E. Fuller
                 CHIEF UNITED STATES DISTRICT JUDGE